Curtis **DONAHUE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73917.**

Missouri Court of Appeals, Western District.

March 26, 2013.

Laura G. Martin, District Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and VICTOR C. HOWARD and ALOK AHUJA, Judges.

### Order

PER CURIAM:

Curtis Donahue appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 84.16(b).